■ JOHN GULICK, Appellant, v GINA PAIGEN, Respondent. [836 NYS2d 481]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered April 24, 2006. The order, among other things, denied plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Martoche, Smith and Green, JJ.

■ JEANA M. SZKATULSKI, Appellant, v THRUWAY INN, INC., et al., Respondents. [836 NYS2d 463]—Appeal from an order of the Supreme Court, Erie County (Erin M. Peradotto, J.), entered August 21, 2006. The order granted defendants' motion for leave to amend the answer and for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Martoche, Smith and Green, JJ.